THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LAWRENCE EDGESTON, Defendant-Appellant.

(No. 55599;

First District—January 8, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

Price and Banks, and Tully and Roddy, both of Chicago, (Joseph V. Roddy, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and John C. O'Rourke, Assistant State's Attorneys, of counsel,) for the People.